UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.  2:98-cr-43-FtM-99DNF

JOHNNY B. STEVENSON
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion for Jail Time (Doc. #45), filed on May 8, 2009. Defendant asserts that he was not given the proper credit for time served, as provided in the Criminal Judgment.

This Court has no authority to compute the amount of credit for time served to be given a defendant. United States v. Wilson, 503 U.S. 329, 336 (1992); United States v. Lucas, 898 F.2d 1554, 1556 (11th Cir. 1990). Only the Bureau of Prisons, as the designated agent of the Attorney General, has the authority to determine initially the amount of credit a federal prisoner should receive. Wilson, 503 U.S. at 335-36; Lucas, 898 F.2d at 1556. A federal inmate who disagrees with the calculation of the Bureau of Prisons must exhaust all administrative remedies and then may file a petition in federal court pursuant to 28 U.S.C. § 2241 naming the warden as defendant. E.g., Rodriquez v. Lamer, 60 F.3d 745, 747 (11th Cir. 1995). Accordingly, the motion is due to be denied

without prejudice to filing an appropriate petition pursuant to 28 U.S.C. § 2241 in the district of incarceration if defendant has exhausted his administrative remedies.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Jail Time (Doc. #45) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of May, 2009.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Haas
Johnny B. Stevenson
Counsel of Record